

David L. Rosenthal<br>
7 World Trade Center, Suite 1100<br>
New York, New York 10007<br>
David.Rosenthal@lewisbrisbois.com<br>
Direct: 646.666.7694

January 28, 2026

**Via ECF**
The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Laura Berta Moldovan v. Kulwant Singh, Uber Technologies, Inc. and Lyft, Inc.*
    Civil Action: 1:19-CV-05951-DJ

Dear Judge Gujarati:

  As you know, our office represents defendant Lyft, Inc. ("Lyft"), in the above-referenced matter.

  Please allow this to confirm that Lyft joins in the requests for relief set forth in co-defendant Kulwant Singh's letter motion dated January 20, 2026 as to Dr. Lattuga (Doc # 308) for all the reasons set forth in Singh's motion.

          Respectfully submitted,

          *David. L. Rosenthal*

          David L. Rosenthal of
          LEWIS BRISBOIS BISGAARD &
          SMITH LLP

Page 2

CC:

**Via ECF**

Holly Ostrov Ronai, Esq.
RONAI & RONAI, LLP
*Attorneys for Plaintiff*
LAURA BERTA MOLDOVAN
The Ronai Building, 34 Adee Street
Port Chester, New York 10573
(914) 824-4777

Claire F. Rush, Esq.
NICOLETTI SPINNER, LLP
*Attorneys for Defendant*
KULWANT SINGH
555 Fifth Avenue, 8th Floor
New York, New York 10017
(212) 730-7750

Jason Paris, Esq.
THE PARIS LAW GROUP
*Attorneys for Plaintiff*
LAURA BERTA MOLDOVAN
60 East 42nd Street. Suite 4000
New York, New York 10165
(212) 970-8754