

# Ronai & Ronai, LLP
### Attorneys at Law

The Ronai Building
34 Adee Street, Port Chester, New York 10573
Telephone (914) 824-4777

Manhattan Office:
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
Telephone (212) 268-4777

February 5, 2026

**VIA ECF**

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *Laura Berta Moldovan v. Kulwant Singh, Uber Technologies, Inc. and Lyft, Inc.*
            Civil Action: 1:19-CV-05951-DG-RML

Dear Judge Gujarati:

    At our recent conference, held on January 29, 2026, there were issues that were discussed but not resolved. The parties have conferred and are jointly requesting that these open issues be resolved prior to jury selection, if possible. These items include:

1. The letter motion filed by defendant Kulwant Singh (ECF Doc. No. 308)
2. Any rulings on evidence objections as outlined in the Amended Joint Pretrial Order (ECF Doc. No. 188)
3. Any clarification or rulings regarding the Joint Proposed Charge to the Jury (ECF Doc. No. 281)

    Should the Court require a telephone conference, the parties can make themselves available at the convenience of the Court.

    Thank you in advance for your kind consideration.

Respectfully Submitted,

Holly Ostrov Ronai

Cc: all parties via ECF